| Item Being Requested: | Assistant to Managing Director |
|---|---|
| Proposed Funding Source: | 75% Federal Special Education 25% Local |
| Needs Statement: | Special Education and Student Support Services is an extremely complex area with millions of grant dollars in Federal and State flow-through funds. In addition, there are dollars that are available from county, state and federal reimbursement programs and high cost students. Currently, the District is not taking full advantage of the resources because of the fragmented nature of managing multiple grants and their specific requirements. We are also not planning properly to use these funds in a collaborative way to fulfill department and district needs that relate to student achievement and program mandates. The appointment of an Operations and Funding Manager would ensure that we are meeting our obligations and planning in a proactive way to better utilize the millions of dollars in revenue at hand. This will enable us to plan for results and measure results in a clear, organized, systematic manner. |
| Reporting to: | Lead Principal as Managing Director for Exceptional Children |
| Working with: | Special Education and Student Support Services Leadership Team  including Directors of Special Education Due Process and Compliance, Director of Psychology and Social Work Services, Director of Speech and Language, Assistant Directors for Preschool, CSE, Occupation Therapy and SETRC administrative staff. |
| Responsibilities | • Identify and monitor all sources of funds and tie them to department activities and priorities<br>• Seek to maximize grant impact and efficiency<br>• Track and monitor personnel<br>• Develop Excess Cost and High Cost estimates<br>• Monitor CSE activities and costs<br>• Maintain current information on laws and regulations as well as state aid and rate setting requirements<br>• Track and monitor expenditure lines<br>• Identify gaps in resources<br>• Conduct cost-benefit analyses regarding contracted and inhouse services<br>• Use People-Soft effectively in planning and managing departmental expenses<br>• Review all purchase requisitions and provide regular updates to Managing Director<br>• Prepare all FS10s and 10As<br>• Develop preliminary and final MOE budget numbers using District guidelines<br>• Explore and implement appropriate recommendations from consultants<br>• Other duties as assigned by the Managing Director |
| Effective Date: | ASAP |
| Salary Range: | $50,000 –85,000 depending on qualifications |
| Qualifications: | HS Diploma or Equivalent and either:<br>Graduation from an accredited college or university with a Bachelor's or Master's degree in Business Administration, Public Administration, Economics, Finance; or Mathematics and two years of full-time paid experience or its part time equivalent experience in budget preparation, budget analysis in a staff capacity or in staff operation of a public or private agency or department; or Graduation from an accredited college or university with a Bachelor's degree and five years full-time paid experience or its part-time equivalent as described above; or<br>Graduation from an accredited college or university and  any combination of comparable training and experience and complement of skill sets that meets the requirements for the position. |

# Exhibit E

**Ikejiaku, Alex**

| | |
|---|---|
| **From:** | Cianca, Marie [Marie.Cianca@RCSD-K12.ORG] |
| **Sent:** | Thursday, March 22, 2001 12:12 PM |
| **To:** | 'alex.ikejiaku@rochester.k12.ny.us' |
| **Subject:** | RE: Position |

Thanks so much, Alex!!!!

-----Original Message-----
From: alex.ikejiaku@rochester.k12.ny.us
[mailto:alex.ikejiaku@rochester.k12.ny.us]
Sent: Wednesday, March 21, 2001 11:50 AM
To: marie.cianca@rcsd-k12.org
Subject: Position


Hi Marie,

        The draft looks great!  It really does.

        For salary, consider dong a wide range between say $40,000 and ??????
so that you can have the flexibility to negotiate with candidates based on
their qualifications.


        You might want to have as your rule of thumb that this person's salary
should at least be comparable to the program heads he/she would be working
with.  This is especially important if the person is to have any kind of
"budgetary or fiscal control" on the work of these program directors.

        As for funding source, you may want to tax SPED sources more (75% -
100%) especially given that the title clearly states that it is SPED.  The
position will indirectly benefit non-SPED areas (by helping to keep the
District in compliance with regs, minimizing the chances of fund recapture,
etc.  But still, I would leave a good portion of its funding in SPED.

        This means that if you are looking to get it going this year (assuming
the current funding stream has capacity), then it will require pro-rating
the cost for the balance of the fiscal year and filing amendments in the
FS-10s of the various proposed sources.

        Finally, before you settle on the exact title for this new position,
you may want to touch base with Becky Lynch-Torres in HR to make sure you
would not run afoul with any civil service protocals or regs with respect
to the wording of the title, as well as with pick her brain on what to do
about advertising/recruiting for the position.  Specifically, you may want
to find out whether there is discretion in advertising (or the scope of
advertisement) based on the title you give it.

        If I think of anything else, I will give you a call.

Alex I.

1

**Ikejiaku, Alex**

| | |
|---|---|
| **From:** | Cianca, Marie [Marie.Cianca@RCSD-K12.ORG] |
| **Sent:** | Wednesday, March 07, 2001 7:14 PM |
| **To:** | 'alex.ikejiaku@rochester.k12.ny.us' |
| **Subject:** | RE: Special Ed Fiscal Manager |

```
Hi Alex!   Yes, let's add it to the agenda.   Thanks.

Marie

-----Original Message-----
From: alex.ikejiaku@rochester.k12.ny.us
[mailto:alex.ikejiaku@rochester.k12.ny.us]
Sent: Wednesday, March 07, 2001 3:00 PM
To: mariecianca@rochester.k12.ny.us
Subject: Re: Special Ed Fiscal Manager


Hi Marie,

My schedule is open for the rest of this week and next.  Of course, we have
the SPED COST meeting coming up in Val's office on Fri., 3/9 and could add
it to the agenda.  Let me know.

Alex I.




                Marie Cianca

                                  To:    Alex Ikejiaku/CO/RCSD@RCSD

                02/16/01          cc:    Constance
Graham/CO/RCSD@RCSD
                04:02 PM          Subject:    Special Ed Fiscal
Manager




Hi Alex!  After the recess, can the three of us meet to discuss a fiscal
manager and how we could fund that? I can have Donna call to get a good
time for all of us to meet.
```

1

**!kejiaku, Alex**

| | |
|---|---|
| **From:** | Marie Cianca [Marie Cianca/CO/RCSD@RCSD] |
| **Sent:** | Friday, February 16, 2001 8:02 PM |
| **To:** | Alex Ikejiaku |
| **Cc:** | Constance Graham |
| **Subject:** | Special Ed Fiscal Manager |

Hi Alex!  After the recess, can the three of us meet to discuss a fiscal manager and how we could fund that? I can have Donna call to get a good time for all of us to meet.

# Exhibit F

# ASAR
# SAANYS

**ASSOCIATION OF SUPERVISORS AND ADMINISTRATORS OF ROCHESTER**

**SCHOOL ADMINISTRATORS ASSOCIATION OF NEW YORK STATE**



*PRESIDENT*
Vicki M Gouveia

*1ˢᵗ VICE-PRESIDENT*
Larry A. Ellison

*2ⁿᵈ VICE-PRESIDENT*
Timothy L. Wagner

*SECRETARY*
Elizabeth W. Kaser

*TREASURER*
Marguerite F. Bates

*EXECUTIVE DIRECTOR*
Edward J. Cavalier

To:     ASAR Members

From:   Vicki Gouveia, President

Date:   March 26, 2004

**RE:     Summaries of Proposed Contractual Agreement**

As promised, attached you will find a summary of the tentative agreement. A meeting to hold a ratification vote will be held on Wednesday, March 31, 2004 at 4:30 p.m. at SOTA. Copies of specific contract language will be available at the meeting. After a presentation of the proposed agreement, and clarifying questions have been answered, a secret ballot vote will occur.

It is extremely important that all unit members attend this meeting. Please call me, Brenda Pacheco-Rivera, Negotiations Chair, Ed Cavalier, Executive Director, or any Executive Council member if you have questions.

Please note:
If you will be out of town on Wednesday and are not available to cast your ballot, arrangements for an absentee ballot can be made. Please call Ed Cavalier at 732-3277. If you will be delayed in getting to the meeting, we will keep the ballot box open until 7:00 p.m. to give you the opportunity to cast your ballot. Results of the balloting will be sent to you on Wednesday evening.

ᶜ/ₒ Mary McLeod Bethune School No. 45,  Room 210
1445 Clifford Avenue Rochester, NY 14621
Office, Voicemail, Hot Line: (585) 324-2304 ● President: (585) 325-6945 x1580 ● Fax: (585) 262-8037
E-Mail: vicki.gouveia@rcsdk12.org
edward.cavalier@rcsdk12.org

## Summary of ASAR Tentative Agreement

1. Base Salary Increases
   July 1, 2003   1.635% (2.265% already applied)
         MLMSA Members 3.9%

   July 1, 2004   3.95%
   July 1, 2005   3.975%
   All percent increases will be applied even if the member's salary exceeds the maximum of the salary bracket.

2. Salary ranges for Salary Brackets will be increased as follows:
   | Bracket I | $85,000 - $110,000 |
   |-----------|--------------------|
   | Bracket II | $75,000 - $95,000 |
   | Bracket III | $70,000 - $90,000 |
   | Bracket IV | $65,000 - $85,000 |

3. Effective, July 1, 2004, Unit members in Brackets I, II, III, and IV assigned full time to schools will work eleven months (ten month school year and 20 days in July and August). Bracket IV Unit members who are increasing their work year from 10 months 10 days to 10 months 20 days will have $1500 added to their base BEFORE the application of the general salary increase.

4. Effective July 1, 2004, all Unit members assigned to Central Office will work twelve months. Unit members who are going to a twelve-month work year will have $2000 added to their base BEFORE the application of the general salary increase. (Bracket IV Unit members at Central Office will receive $3500 on the base BEFORE the general salary increase is applied.)

5. Evening School Principal will be compensated according to the same formula as Summer School Principals.

6. If a promotion results in a placement in a salary bracket where a member's salary will exceed the upper limit of the new salary bracket, a 5% promotional increase will be given to the member.

7. For compensation purposes (only), unit members assigned to schools shall work a normal workday that extends ninety minutes beyond the dismissal of students.

8. Unit members assigned to Central Office shall work from 8:00 a.m.-5:00 p.m. including lunch.

9. Unit members who are required to attend professional development beyond their normal workday will be paid $40 per hour. All other work of a professional nature will

be compensated at the rate of $29 per hour. Comparable work beyond the normal workday will be paid a per diem rate (pro-rated if less than full time).

10. Vacation allowance:
   1-5 years District Service – 25 days
   + 5 years District Service – 30 days
   40 days maximum carry over
   5 days cash in available each year
   Cash in of all days available upon separation from the District

11. Tuition Reimbursement will be administered by the Human Resources Division.

12. Evaluation process will be the same in all three years of the probationary period.

13. Vacancies will be posted for five days.

14. A Living Contract Committee will be established.

15. Elementary Assistant Principal allocation will be based on elementary weighted enrollment.

16. Effective July 1, 2004, MLMSA members will work 40 hours. MLMSA Unit members who increase their work hours from 35-40 will have $2000 added to their base BEFORE the application of the general salary increase.

17. Joint District/Association Committee will reallocate titles and salary ranges within MLMSA brackets. Decisions are due by May 31, 2004. $25,000 will be allocated for the committee to complete its work.

18. Bracket II will be individual titles with tenure and seniority determined by the placement in the individual title.

19. No unit members in Bracket II can be laid off until a successor agreement to this contract is completed. Unit members in Bracket II displaced from their positions will be reassigned to other vacant Association positions in the District and will be able to transfer their tenure and seniority to their new position.

20. Additional definition for determining Bracket III positions has been included.

21. ASAR will be allocated $550.00 for each MLMSA member for travel expenses to professional conferences and $150 for professional development activities.

# Exhibit G



## Rochester City School District

# Memo

| | |
|---|---|
| **To:** | Joanne Giuffrida, Chief Human Resources Officer/HR |
| **From:** | Edward Yansen, Managing Director/ESS |
| **Date:** | November 7, 2003 |
| **Subject:** | Personnel Changes – Department of Educational Support Services |

I am following up on our November 3 meeting with written rationale and justification for the three personnel requests I presented to you. I compiled the information based exclusively on the needs of my department without regard to the personal circumstances of the current or future incumbents of the positions.

1.  <u>Reclassification: Research Assistant — Data Retrieval Special/SPED</u>
    This is a request to reclassify a ***Research Assistant*** position in BENTE (Bracket XIII or $29,058) to a ***Data Retrieval Special/SPED*** position also in BENTE (Bracket XXII, placement range of $40,748 - $47,840). The position to be reclassified is housed in the Research, Evaluation & Testing Department, but it services the Special Education Department exclusively; it is funded fully with special education dollars.

    The needs of the special education department have evolved over the past two years to require the kind of job knowledge, skills and abilities that only a Data Retrieval Specialist/SPED title can provide. The work load and the sophistication of the job duties have increased considerably in response to New York State's ever-evolving and ever-increasing data needs. For instance, instead of simply accessing and reporting data, there is now a need to research and understand the programmatic correlates of the data, troubleshoot system glitches, interface with NYSED Data Reporting Office, participate in Part 200 user group meetings, and fulfill other data reporting needs of the district as directed by the Managing Director of Student Support Services.

    The specific job duties of the Data Retrieval Specialist title would include: the research, collection and submission of a number of State (PD) reports electronically; the preparation of all paper reports for the special education compliance requirements by extracting data from SIS/Part 200 Systems; assisting in the gathering budgetary figures for incorporation in a budget proposal; collecting and tabulating data for conducting research studies; developing tables to explain r meeting research findings; preparing written reports on the objective, findings, and conclusions of research studies; rendering assistance in developing and evaluating new procedures, programs; and policies for agencies or departments;

conducting ongoing review of existing procedures, programs and policies and recommending areas of improvement; interviewing agency and/or department personnel to gather data and therefore be able to explain study findings to supervisory or administrative staff; preparing narrative and statistical reports, charts and graphs on students with disabilities.

The fact that the proposed new title belongs in BENTE's supervisory and technical class of employees is important because the incumbent is increasingly having to operate in a cross-departmental and cross-programmatic fashion to gather and research data, as well as propose solutions where problems exist.

2.    Reclassification: Home School Assistant — Project Administrator/SPED
    This is a request to reclassify a vacant *Home School Assistant* position in BENTE (Bracket XIII or $28,956) to a *Project Administrator/SPED* position also in BENTE (Bracket XXIII, placement range $39,330 - $46,137).

    A recent departmental review showed that the knowledge and skill sets of the Home School Assistant position would be inadequate to meet existing needs of the department. Instead, a Project Administrator title which calls for significantly higher job knowledge, technical skills especially with respect to PeopleSoft databases, Microsoft Office applications, and other special job abilities would be better suited to meet those needs. The needs revolve around a number of critical special education functions that include STACS processing, the monitoring of special education staffing, tracking of CSE subs and costs, general oversight of preschool special education programs, and a number of other related duties that were either not being performed at all or were being performed inadequately. I should also point out that the duties of the proposed title would be in line with the district's efforts to improve fiscal planning and greater accountability.

3.  Bracket correction - Principal Management Analyst
    This is a request to re-bracket a *Principal Management Analyst* position in MLMSA from its current Bracket 5 or $76,223 to the equivalent of a Bracket 7 with a placement range of $88,088 - $99,187. This action is necessary to eliminate an existing inequity in pay, as well as recognize this title as the highest in its job family regardless of who occupies it.

    As you know, the lowest rank of any job title in a job family is usually assigned to the lowest pay bracket, while higher titles (distinguished by such progressively higher prefixes as Senior, Associate, Principal or Chief) get assigned to higher brackets. There are four titles in the management analyst job family: (1) Management Analyst, (2) Senior Management Analyst, (3) Associate Management Analyst, and (4) Principal Management Analyst. The problem here is that the Principal Management Analyst title which is the highest in rank in the job family is in the same pay bracket with a Senior Management Analyst title that is two levels lower in terms of rank and responsibilities.

*Yansen to Giuffrida*
*November 7, 2003, Page 3.*

I should also point out that the civil service job descriptions for both the PMA and SMA clearly show that the former is a higher rank, demands greater responsibility, and requires more in terms of candidate qualifications than the latter. This distinction is also evident in the actual work assignments of the incumbents in the sense that the PMA has a lot more responsibilities that broadly include programmatic functions, budget and finance, administrative support, and supervision of other staff while the SMA focuses mainly on budgeting. In fact, the SMA incumbent takes directions from [and therefore reports indirectly to] the PMA incumbent.

In addition to the equity, rank and hierarchy issues I presented above, I want to mention that the duties of the PMA position are highly critical to the department. The PMA position is responsible for ongoing management and program analysis aimed at achieving operational efficiencies; assists the managing director in managing the department's $10 million operating budget and an additional $13 million in special education grants from federal, state, county, and other sources; applies for and manages the district's special education funds, including $5 - $7 million from the Individuals with Disabilities Education Act (IDEA); develops High-Cost Aid reimbursement sheet; monitors and advises on departmental spending; oversees the pay-out of special education "Flow-Through" funds to approximately 20 outside agencies including BOCES; functions as the staff liaison between the district and State/federal agencies on a number of special education matters; reviews and approves general ledger and human resource transactions; leads a team of administrative computer users that troubleshoots the district's special education "Part 200" database; performs other duties as assigned.

In closing, I would like to mention that each one of the proposed changes would help to strengthen my department's operation. I should also mention that funding is in place to support the proposed changes as shown on the attached position control forms. I have asked my secretary to set up a follow up meeting with you next week to bring closure to the proposal. In the meantime, please feel free to contact me at Ext. 8459 if you have any questions or simply need additional information. Thank you for your consideration.

(Attachments)

xc:   File

# POSITION CONTROL FORM

## POSITION CONTROL FORM

**Add or Change Vacant Position:**

| ADD*/CHANGE | POSITION TITLE | FTE | PERSONNEL LOCATION | SALARY | ACCOUNT CODE | FUND | BUDGET CODE ORGANIZATION CODE | PROGRAM CODE | SUBCLASS CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Reclassify Current Position:**

| Reclassify | POSITION TITLE | FTE | PERSONNEL LOCATION | EMPLOYEE ID | ACCOUNT CODE | FUND | BUDGET CODE ORGANIZATION CODE | PROGRAM CODE | SUBCLASS CODE | SALARY $$$ |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM | Prin. Mgmt. Anlyst | 1.00 | 53008 | 2000429 | 5140 | A/G | 53008 | 0000/8005 | 2250 | 76,225 |
| TO | Prin. Mgmt. Anlyst | 1.00 | 53008 | 2000429 | 5140 | A/G | 53008 | 0000/0305 | 2250 | 95,010 |

**Remove or Place Hold on Vacancy** → **For Chiefs/Managing Principals/ or Budget Office use only**

| Remove/Hold | Vacancy ID |
|---|---|
| | |
| | |

Department Head/Principal/Grant Manager    Edward A. Kresse    Date 1-21-04

**Approvals:**

Chief or Managing Principal    Date 1/29/04

Finance/Budget Office    Date

Chief Human Resource Officer    Date

# Exhibit H

**Ikejiaku, Alex**

| | |
|---|---|
| **From:** | Kirkland, Rhonda |
| **Sent:** | Monday, August 19, 2002 9:29 AM |
| **To:** | Ikejiaku, Alex |
| **Subject:** | Letter to Office of Teaching Initiatives |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Alex -

I still have your letter for Dr. Janey's signature.  I haven't gotten approval from Henry to forward to the Superintendent.  You may want to come and speak with him.

Rhonda Kirkland
Office of Financial Services
Rochester City School District
131 West Broad Street
Rochester City School District
585-262-8514
585-262-8192 fax

1

**Ikejiaku, Alex**

| | |
|---|---|
| **From:** | Kirkland, Rhonda |
| **Sent:** | Monday, November 04, 2002 2:45 PM |
| **To:** | Ikejiaku, Alex |
| **Subject:** | RE: Certification Packet |

Alex - I sent you everything that was attached.  I didn't go through it, so if there's something missing you might need to take that up with Henry.

-----Original Message-----
**From:**      Ikejiaku, Alex
**Sent:**      Monday, November 04, 2002 2:41 PM
**To:**         Kirkland, Rhonda
**Subject:**   Certification Packet

Hi Rhonda,

Thanks for returning the certification application; I just got it.  I would like you to also send me the post-it notes that were attached to the packet.  Thanks a million.

**Alex U. Ikejiaku, Ph.D.**
**Principal Management Analyst**
**Rochester City School District**
**131 West Broad Street**
**Rochester, New York 14614**
**Phone:      (585) 262-8573**
**Fax:         (585) 262-8621**
**e-mail: alex.ikejiaku@rcsd-k12.org**

1

*Alex —*

*Per your*

*request.*

*Rhonda*

## Kirkland, Rhonda

| | |
|---|---|
| From: | Ikejiaku, Alex |
| Sent: | Friday, September 20, 2002 9:23 AM |
| To: | Kirkland, Rhonda |
| Subject: | RE: Letter to Office of Teaching Initiatives |
| Sensitivity: | Confidential |

Rhonda,

Please go ahead and send the waiver packet back down to me through inter-office mail.  Thanks.

Alex

-----Original Message-----

| | |
|---|---|
| From: | Kirkland, Rhonda |
| Sent: | Monday, September 09, 2002 9:57 AM |
| To: | Ikejiaku, Alex |
| Subject: | RE: Letter to Office of Teaching Initiatives |
| Sensitivity: | Confidential |

Yes I do.  Would you like for me to send it back downstairs to you?  Actually, I brought it to you a couple of weeks ago but was unsure how long you would be out, so I came back to get it.  With Dr. Janey gone, I'm not sure of your next move, Nancy should still have a signature stamp from Dr. Janey.

-----Original Message-----

| | |
|---|---|
| From: | Ikejiaku, Alex |
| Sent: | Monday, September 09, 2002 9:41 AM |
| To: | Kirkland, Rhonda |
| Subject: | RE: Letter to Office of Teaching Initiatives |
| Sensitivity: | Confidential |

I came back to work today.  Do you still have the letter?

-----Original Message-----

| | |
|---|---|
| From: | Kirkland, Rhonda |
| Sent: | Monday, August 19, 2002 9:29 AM |
| To: | Ikejiaku, Alex |
| Subject: | Letter to Office of Teaching Initiatives |
| Importance: | High |
| Sensitivity: | Confidential |

Alex -

I still have your letter for Dr. Janey's signature.  I haven't gotten approval from Henry to forward to the Superintendent.  You may

1

**Ikejiaku, Alex**

| | |
|---|---|
| **From:** | Kirkland, Rhonda |
| **Sent:** | Friday, September 20, 2002 11:05 AM |
| **To:** | Ikejiaku, Alex |
| **Subject:** | RE: Letter to Office of Teaching Initiatives |
| **Sensitivity:** | Confidential |

Alex, I am out of the office on medical leave until October 9.

-----Original Message-----
From: Ikejiaku, Alex
To: Kirkland, Rhonda
Sent: 9/20/02 9:22 AM
Subject: RE: Letter to Office of Teaching Initiatives
Sensitivity: Confidential

Rhonda,

Please go ahead and send the waiver packet back down to me through inter-office mail.
Thanks.

Alex


> -----Original Message-----
>From:       Kirkland, Rhonda
>Sent:       Monday, September 09, 2002 9:57 AM
>To:  Ikejiaku, Alex
>Subject:   RE: Letter to Office of Teaching Initiatives
>Sensitivity:       Confidential
>
>Yes I do.  Would you like for me to send it back downstairs to you?
>Actually, I brought it to you a couple of weeks ago but was unsure how
>long you would be out, so I came back to get it.  With Dr. Janey gone,
>I'm not sure of your next move, Nancy should still have a signature
>stamp from Dr. Janey.
>
>         -----Original Message-----
>       From:      Ikejiaku, Alex
>       Sent: Monday, September 09, 2002 9:41 AM
>       To:  Kirkland, Rhonda
>       Subject:     RE: Letter to Office of Teaching Initiatives
>       Sensitivity:       Confidential
>
>       I came back to work today.  Do you still have the letter?
>
>             -----Original Message-----
>             From:      Kirkland, Rhonda
>             Sent: Monday, August 19, 2002 9:29 AM
>             To:  Ikejiaku, Alex
>             Subject:     Letter to Office of Teaching Initiatives
>             Importance: High
>             Sensitivity:       Confidential
>
>             Alex -
>
>             I still have your letter for Dr. Janey's signature.  I haven't gotten
>approval from Henry to forward to the Superintendent. You may want to
>come and speak with him.
>
>             Rhonda Kirkland

1

> Office of Financial Services
> Rochester City School District
> 131 West Broad Street
> Rochester City School District
> 585-262-8514
> 585-262-8192 fax
>

# Exhibit I



### Rochester City School District

# Memo

| | |
|---|---|
| **To:** | Joanne Giuffrida/Chief Human Resources Officer |
| **From:** | Alex Ikejiaku, Ph.D./Principal Management Analyst |
| **Date:** | October 4, 2005 |
| **Subject:** | Transmittal - General Administrative Application for promotion |

I am submitting another *General Administrative Application for promotion* with updated information including two new certificates for School District Administrator (SDA) and School Administrator/Supervisor (SAS).

The packet contains the following:

|  |  |
|---|---|
| Exhibit A: | The main application |
| Exhibit B: | School District Administrator (SDA) certificate |
| Exhibit C: | School Administrator/Supervisor (SAS) certificate |
| Exhibit D: | School Business Administrator (SBA) certificate |
| Exhibit E: | Resume |

Thank you for your time and attention. Please feel free to contact me at Ext. 8573 if you have any questions.

(Exhibits)

xc:   File

# Exhibit A

# ROCHESTER CITY SCHOOL DISTRICT

## General Administrative Application For Promotion

## From Within The School System - Certificated Personnel

Return To:   Chief Human Resources Officer
Rochester City School District
131 West Broad Street
Rochester, New York  14614

### IMPORTANT DIRECTIONS

Make certain you are using the most current application form - if there are questions, call the Human Resources Department.

In the selection process, applications are reviewed by an <u>Application Screening Committee</u>.  The committee will determine which applicants will be interviewed.  Be certain that you submit complete background information for the committee to make its decision.

Attach a prepared résumé for information and limit it to <u>two</u> pages.

Desired selection criteria have been established for administrative positions.  In the space provided on this application, state what particular characteristics, skills, and experiences you can bring to a promotional administrative position.

---

Date: 10|4|05

Name: IKEJIAKU     ALEXANDER     UCHE
Last                First                Middle

Present Address 65 Newcastle RD   Home Telephone No. (585) 482-6076
Number      Street

Rochester NY 14610   Social Security No. 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
City     State     Zip Code

Current Position/Title Prin. Mgmt Analyst

School or Department Educ. Supp. Services   Work Telephone No. (585) 262-2573

During the selection process, screening committees and interviewing committees may request to review your annual performance evaluations as reference material.

I do consent  ☒        I do not consent  ☐

HR TP89 (02/2003)

## Administrative Certification Status

You must include copies of certification.

Title of New York State Administrative Certificate(s):

| | Permanent | Provisional | Effective Date (if provisional) |
|---|---|---|---|
| SCHOOL DISTRICT ADMIN. | ☒ | ☐ | 9/1/05 |
| SCHOOL ADMINISTRATOR/SUPV. | ☒ | ☐ | 9/1/05 |
| SCHOOL BUSINESS ADMIN. | ☒ | ☐ | 9/1/02 |

## TOTAL TEACHING AND/OR ADMINISTRATIVE EXPERIENCE
### (Minimum Requirement - 5 Years)
### List Most Recent Experience First

| Inclusive Dates From | To | School District/City/State | Position Title | No. of Years | Name of Principal or Supervisor |
|---|---|---|---|---|---|
| 7/01 | Pres. | ROCH. CITY SCH. DIST. EDUC. SUPP. SVCS | PRIN Mgmt Analyst | 4 | Ed Yansen |
| 9/00 | 6/01 | ROCH. CITY SCH DIST BUDGET DEPT. | PRIN Mgmt Analyst | 1 | Val Wheatley |
| 7/93 | 8/00 | CITY OF ROCHESTER CITY COUNCIL | ASSOC. LEG. ANALYST | 7 | Bill Sullivan |
| 4/92 | 6/93 | CITY OF ROCHESTER Comm. DEV. DEPT. | Comm. Hsg Planner | 1 | Dwight Hubbard |
| 1/88 | 3/92 | CITY OF ROCHESTER MAYOR's office/Budget | MGMT Trace Mun. Ass't | 4 | Sandra Stephens |

## EDUCATIONAL PREPARATION

| College (Undergraduate) | Dates Attended | Major | Degree | Date Granted | Cum. Avg. |
|---|---|---|---|---|---|
| SUNY COLLEGE @ Brockport | 1981-1984 | Psychology/ Sociology | B.Sc. | 5/84 | 3.31 |

| Graduate School(s)/ Additional Training | Dates Attended | Major Specialization | Degree or No. of Credits | Date Granted | Cum. Avg. |
|---|---|---|---|---|---|
| SUNY College @ Brockport | 1984-1985 | Public Admin. | MPA | 12/85 | 3.33 |
| SUNY Buffalo | 1994-2000 | Educational Admin. | Ph.D. | 6/00 | 3.67 |

HR TP89 (02/2003)

# APPLICANT'S STATEMENT

This is your opportunity to inform the Screening Committee and/or the Selection Committee of what special characteristics, skills and related experiences you can bring to a leadership position. This is your opportunity to "sell" your candidacy. The back of this page may also be used.

## Introduction:

I am looking to transition from the civil service ranks to the administrative category based on my overall skills, educational qualifications, work experience, current job duties and my certification by SED as a school district administrator, school administrator/supervisor, and school business administrator.

## Certificates/Certification:

① School District Administrator (SDA)
② School Administrator/Supervisor (SAS)
③ School Business Administrator (SBA)

## Educational Qualification:

① Ph.D. - Educational Administration (2000)
② MPA - Public Administration (1985)
③ B.Sc. - Psychology/Sociology (1984)

## Writing/Publication:

I have demonstrated the ability to write and publish materials in a number of ways, including my doctoral dissertation entitled, "An analysis of school board policy-making styles and their impact on student achievement." [See next page]

_____          10/4/05
Signature of Applicant                  Date

(Applicant's Statement Continued)

I have also published in the Journal of Urban Education in 1998 and written approximately 17 other materials for publication or resource.

Administrative Experience:

I have acquired several administrative experiences at the local government level and currently in the K-12 environment. I have a very good understanding of the philosophy and operation of a district administration, including management review methods, central office and building-based budgeting, in-depth knowledge of special education and general public school finance. Specifically, I am continuing to manage the business aspects of the district's special education departments, with particular emphasis on revenue, expenditure control, fiscal audits and liaison with the State Education Dept on some special educ. programs and activities. Finally, I have extensive computer knowledge, especially database design and manipulation, standard word processing and communication applications, and internal business systems. All of these would definitely complement my ability to function as an administrator.

The City School District is an equal opportunity employer. By Board of Education policy, and in accordance with Title VII of the Civil Rights Act of 1964 and 1972 amendments; with Title IX of the Education Amendments of 1972, and Section 504 of the Rehabilitation Act of 1973; the District prohibits discrimination on the basis of national origin, race, sex, religion, age and handicapping condition in its hiring and promotional procedure.

# Exhibit B



# Public School Teacher Certificate

*valid for service in the public schools, is granted ...*
*... the requirements prescribed by the State ...*

## ALEXANDER U. IKEJIAKU

Certification Area: **SCHOOL DISTRICT ADMINISTRATOR**

**PERMANENT**

Certificate Number: 20... ...18

Issue Date: 09/01/05

Control Number: ... 05051

Given under ... ...

Commissioner of Education

COPY COPY COPY COPY COPY COPY COPY COPY



**Public School Teacher Certificate**

This certificate, valid for service in the public schools, is granted to the person whose name appears below who has satisfied the requirements prescribed by the State.

## ALEXANDER U. IKEJIAKU

Certification Area: SCHOOL ADMINISTRATOR/SUPERVISOR

*Form: PERMANENT

Certificate Number: 120640718

Effective Date:

Granted under the authority of the State Education Department.

Office of Higher Education and Office of Professional ...



School Teacher Certificate

service in the public schools, is granted to

the requirements prescribed by the State

**ALEXANDER U. IKEJIAKU**

SCHOOL BUSINESS ADMINISTRATOR

PERMANENT                                   Certificate nu

Control n

# Alexander U. Ikejiaku, Ph.D.
### 65 Newcastle Road
### Rochester, New York 14610

| Office: (585) 262-8573 | <ikejiaku@yahoo.com> | Home: (585) 482-6076 |
|---|---|---|

# Curriculum Vitae

## TABLE OF CONTENTS

Part  A    -    Summary of Qualifications

Part  B    -    Education and Work History

Part  C    -    Other Relevant Information

Part  D    -    Publication, Reports, and Selected Research Papers

## Part A

## SUMMARY OF QUALIFICATIONS

**Educational Qualification:** Doctorate in Educational Administration, Ph.D. (June 2000); Master's degree in Public Administration, MPA (December 1985); and Bachelor's degree in Psychology with Minor in Sociology, B.Sc. (May 1984). Academic transcripts provided upon request.

**School district experience:** A good understanding of the philosophy and operation of district administration, management reviews, school and central office budgeting, special education, and public school finance.

**Local government experience:** Over 14 years of experience in local government (county and city) with specific experiences in legislative processes, policy formulation and analysis, operating/capital budgets, organizational diversity and outreach to constituents. Other areas include job development initiatives, public works projects, economic development, housing & community development, management reviews, research and program evaluation, and inter-governmental relations.

**Computer skills:** Strong computer skills with proficiency in spreadsheets and databases, word processing, desktop publishing, computer applications design, graphics and presentation packages. Designed a number of end-user applications for the City of Rochester one of which earned a "Meritorious Service Award" in 1989.

**Certification:** Certified by New York State as a *School District Administrator* (2005); *School Administrator & Supervisor* (2005); *School Business Administrator* (2002).

**Training/In Service:** Certificate of completion for School Violence Prevention & Intervention (2002); Certificate of completion for Child Abuse Identification & Reporting (2002); Certificate of completion for Management Development Program, City of Rochester (1990).

**Personal information:** Strong analytical, verbal and written communication skills. (Character and professional references provided upon request).

| | |
|---|---|
| **Operating Systems:** | Windows 1995/1998/200, NT, and XP; DOS; MAC- Vers. 7 – 9.5. |
| **Computer Applications:** | Microsoft Work; Microsoft Excel, PowerPoint; Word Perfect. |
| **Data Base Mgt System:** | Microsoft Access, DataEase. |
| **Hardware Systems:** | PC and Macintosh systems. |
| **Software Systems:** | MS Office 1998 - 2000 |

## Part B

## EDUCATION & WORK HISTORY

### EDUCATION

- **Doctor of Philosophy (Ph.D.), Educational Administration**
  State University of New York at Buffalo (June, 2000)

- **Master of Public Administration (M.P.A.), General Administration**
  State University of New York College at Brockport (December, 1985)

- **Bachelor of Science (B.Sc. - Cum Laude), Psychology (Major); Sociology (Minor)**
  State University of New York College at Brockport (May, 1984)

### WORK HISTORY

## ROCHESTER CITY SCHOOL DISTRICT, ROCHESTER, NEW YORK

### 7/01 - Pres.:  Principal Management Analyst, Special Education Department

Ongoing management and program analysis aimed at achieving operational efficiencies; assists the department head in managing the department's $10 million operating budget and an additional $13 million in special education grants from federal, state, county, and other sources. Applies for and manages the district's special education funds, including $10.6 million from the Individuals with Disabilities Education Act (IDEA), develops High-Cost Aid reimbursement sheet, monitors departmental spending, and oversees the pay-out of special education "Flow-Through" funds to approximately 20 outside agencies including BOCES.  Functions as the staff liaison between the district and State/federal agencies on a number of special education matters. Reviews and approves general ledger and human resource transactions.  Leads a team of administrative computer users that troubleshoots the District's special education "Part 200" database.  Performs other duties as assigned.  (Student population 37,000; Special Ed: 6,800).

### 9/00 – 6/01:  Principal Management Analyst, Budget Department

A full range of budgeting responsibilities for 2 elementary schools, 2 middle schools, 20 central office departments, 20 special aid grants, and 10 district-wide initiatives. Performed on-going management and efficiency reviews and monitored federal, State, and local regulations that impact the functional areas mentioned above, with specific responsibility for the Special Education Department.  Processed general ledger and human resource transactions.  Coordinated the affairs of the Budget Office during a 3-month period following the resignation of the Budget Director and performed other duties as appropriate or assigned.

## CITY OF ROCHESTER, NEW YORK

### 7/93-9/00:    Associate Legislative Analyst & System Administrator, City Council

Provided general staff support to Councilmembers on various aspects of their legislative and policy-making duties: review of legislative proposals, analysis of capital & operating budgets, constituent complaints management/outreach services, representation at public events, and sub-committee responsibilities.  Helped to review *Rochester-2010*: a 10-year development plan for Rochester.  Supported the department's office PCs and maintained databases that tracked legislation and appointments to citizen boards.  Facilitated institutional research by linking City staff with outside information resources including Public Technology, Inc. (PTI).  Coordinated a special public-private sector effort to market & sell city homes.

**4/92-6/93:    Community Housing Planner, Community Development Department**

Planned and implemented a variety of housing and neighborhood development programs, including the Community Development Block Grant, the Comprehensive Housing Affordability Strategy (CHAS), the HOME Program.  Helped to perform the housing needs assessment and monitored the performance of housing development corporations and not-for-profit agencies.  Developed computer applications for tracking payment vouchers to vendors and other consultants.

**1/88-3/92:    Management Trainee/Municipal Ass't, Deputy Mayors Office/Budget Bureau**

Provided administrative support to the Deputy Mayor on policy matters and provided specific assistance in the areas of research and development, Affirmative Action, organizational diversity, Minority Business Enterprise Program, and other related areas.  Co-editor of a bi-monthly employee newsletter with a readership of over 3,000 people.  Prepared/analyzed one section of the City's budget during the 1989-90 fiscal year and co-authored the Multi-Year Projection section of the City's budget; coordinated the production and publication of the budget pamphlet called the Baby Budget.

## COUNTY OF MONROE, NEW YORK

**4/86-12/87:    Examiner, Income Maintenance – Department of Social Services**

Processed applications for basic assistance, Medicaid, and food stamp eligibility and monitored both agency error and intentional violations of program guidelines.  Later transitioned to full time status with a workload of over 200 clients.

**6/85-3/86:    Graduate Internship/Governmental Trainee, Office of Planning**

Started out as a graduate intern studying the effectiveness of contractual preventive services in the county.  Later transitioned to a governmental trainee position responsible for compiling a countywide resource guide for pregnant and parenting teens.

## PART TIME & CONSULTING EXPERIENCE

**4/86-2/02:    Counselor/Program Aide, Adult Community Residence Program
                DePaul Mental Health Services, Rochester, New York**

This was originally a full time counseling position where I provided general counseling and support services to mentally and emotionally disturbed individuals in community residences.  Later transitioned to part-time status.

**1/95-5/99:    Assistant Coordinator/Computing Services, On-site Scoring Service
                Professional Examination Services, New York, New York**

This was a consulting sub-contract work to perform on-site scoring services for emergency medical personnel in the tri-city region of Buffalo, Rochester, and Syracuse.  Used a laptop computer, special software, scanner, and printer to provide instant feedback to test-takers seeking certification or re-certification as Emergency Medical Technicians, Critical Care First Responders, or Paramedics.

# Part C

# OTHER RELEVANT INFORMATION

## CERTIFICATION
- School District Administrator (New York, 2005)
- School Administrator & Supervisor (New York, 2005)
- School Business Administrator (New York, 2002)

## TRAINING & IN-SERVICE
- Certificate of completion - School Violence Prevention & Intervention (2002)
- Certificate of completion - Child Abuse Identification & Reporting (2002)
- Certificate of completion - Management Development Program, Mayor's Office (1990)

## COMPUTER SKILLS & JOB TRAINING
- Strong computer skills in IBM and Macintosh platforms
- Proficient in word processing, spreadsheets, databases, Microsoft Access, and desktop publishing
- Designed several end-user PC applications --including a 1989 award-winner—for the City of Rochester
- Certified in Microsoft Access and PowerPoint (August 2001)
- Certified in Advanced Troubleshooting for the Macintosh (April '98)
- Certified in AppleShare IP 5.0, and Apple Network Administrator Toolkit, ANAT (May '98)

## RECOGNITION/COMMENDATION
- Meritorious Service Award: 1989 (City of Rochester)
- Student Commencement Speaker - Alternative College, SUNY College at Brockport (May 1984)
- Dean's list - 1982, Spring 1983,  Fall 1983, Spring 1984
- Commendation - Search Committee, Assistant Registrar, SUNY College at Brockport (1983)
- Academic Honors Program at SUNY College at Brockport – July 1981

## MEMBERSHIPS
- School Administrators Association of New York State (SAANYS)
- Mid-Level Managers and Supervisors Association (MLMSA) of Rochester, NY
- American Educational Research Association (AERA)
- United Nations Association of Rochester (UNAR)
- National Forum for Black Public Administrators, (NFBPA)
- Center for Governmental Research, Inc. (CGR)
- Urban League of Rochester, Inc. (ULR)

## VOLUNTEER
- Ad-Hoc Strategic Planning Group, Rochester City School District (2002)
- Weekly guest appearances - 2nd Graders, School No. 9, Rochester City School District (Fall 2001)
- Chair of the Board of Trustees, Downtown Child Development Center (2001 - 2002)
- City Representative, CHANGE Assessment Task Force which reviewed the delivery of human services at selected city sites (1998)
- Mayor's Task Force - Community Mobilization Against Violence (1992)

## Part D

## PUBLICATION, REPORTS, & SELECTED
## RESEARCH PAPERS

**1.   DOCTORAL DISSERTATION**

Ikejiaku, A. U. (June 2000).  An analysis of school board policy-making styles and their impact on student achievement.  A dissertation submitted to the Faculty of the Graduate School of Education of the State University of New York at Buffalo in partial fulfillment of the requirements for the Doctor of Philosophy degree.

**2.   MASTER'S THESIS**

Ikejiaku, A. U. (December 1985).  A study of the effectiveness of contractual human service programs in Monroe County.  A master's thesis submitted to the Faculty of the Department of Public Administration at the State University of New York, College at Brockport in partial fulfillment of the requirements for the Master of Public Administration degree.

**3.   PROFESSIONAL JOURNAL PUBLICATION**

Ikejiaku, A. U. (1998)  Book review essay: Anatomy of a Collaboration: Study of a College of Education/Public School Partnership, by Judith J. Slater.  New York & London:  Garland Publishing, Inc., 1991, 189 pp.  An article published in the **Journal of Urban Education 32, (5)** p.661-674.

**4.   OFFICIAL REPORTS/PUBLICATION**

Ikejiaku, A. U. (1990).  Budget summary: 1989-90 Operating Budget of the City of Rochester, New York (a.k.a. Baby Budget).

Ikejiaku, A. U. & Tyler, M. D. (1989).  Minority/Women-Owned Business Annual Report – City of Rochester, New York.

Ikejiaku, A. U. (1989).  Analysis of salary (disparity and gap projection along racial, ethnic and gender indices) – City of Rochester, New York.

Ikejiaku, A. U. (1989).  Information resources available from Public Technology, Inc. (PTI).  FACETS City Employee Newsletter, City of Rochester, New York.

Haygood, L. & Ikejiaku, A. U. (1988).  Affirmative Action Annual Report – City of Rochester, New York.

**5.   SELECTED (UNPUBLISHED) RESEARCH PAPERS**

Ikejiaku, A. (Spring 1997).  An analysis of New York State's rate of return on its educational investment in low-income, disadvantaged, and/or at-risk students – A Survey Research Proposal.  (**Research Methods** – SUNY Buffalo, New York).

Ikejiaku, A. U. (1997).  An analysis of the merit pay system for teachers.  (**Reforming Teacher Compensation** – SUNY Buffalo, New York).

Ikejiaku, A. U. (1997). The use of student portfolios as instructional and assessment tools in K-12. **(Qualitative Research Methods** – SUNY Buffalo, New York).

Ikejiaku, A. U. (1996). Budgeting and budgetary process – A case study. **(School Business Administration** – SUNY Buffalo, New York).

Ikejiaku, A. U. (1996). A review of Rochester City School District's Comprehensive School Safety Improvement Plan (a.k.a. The 10-Point Plan: A Case Study. **(Issues in Urban School District Leadership** – SUNY Buffalo, New York).

Ikejiaku, A. U. (1996). First Amendment and the Prior Restraint doctrine. **(The Law and Higher Education** – SUNY Buffalo, New York).

Ikejiaku, A. U. (1996). An integrated approach to attention deficit disorders. **(Cognitive Psychology** – SUNY Brockport, New York).

Ikejiaku, A. U. (1995). Financial aid to students: An educational policy informed by economic analysis. **(Economics of Education** – SUNY Buffalo, New York).

Ikejiaku, A. U. (1995). The impact of information technology on the unit cost of higher education. **(Financing Higher Education** – SUNY Buffalo, New York).

Ikejiaku, A. U. (1985). Determination of grant strategy and management. **(Inter-Governmental Relations** – SUNY Brockport, New York).

Ikejiaku, A. U. (1985). An analysis of the impacts of federal aid formulae on local governments. **(Inter-Governmental Relations** – SUNY Brockport, New York).

Ikejiaku, A. U. (1985). An assessment of Operation-Take-A-Bite-Out-of-Crime Project: A research design paper. **(Research and Program Evaluation** – SUNY Buffalo, New York).

# Exhibit J

# University of the State of New York
## State Education Department

### Public School Teacher Certificate

This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.

**ALEXANDER U. IKEJIAKU**

Certification area: SCHOOL BUSINESS ADMINISTRATOR



*Form: PERMANENT
(over)

Effective date: 09/01/02

Certificate number: 120640718

Control number: 213867031

Given under the authority of
the State Education Department

*Richard P. Mills*
Commissioner of Education

*Charles C. Mackey, Jr.*
Administrator, Teacher Certification

# Exhibit K

# Exhibit L

# Memo

**To:**        Joanne Giuffrida/Chief Human Resources Officer

**From:**      Alex U. Ikejiaku, Ph.D./Principal Management Analyst

**Date:**      February 3, 2004

**Subject:**   Administrative Certification

I would like to get on your calendar at the earliest opportunity possible to discuss your September 25, 2003 letter regarding my bid to transition to ASAR (Copy attached). I will be looking to share information which shows that my *School Business Administrator* certificate is one of three certification categories that New York State issues to administrators; I will also be addressing the issue of experience.

Thank you for your time and attention. I can be reached at Ext. 8573.

(Attachment)

xc:     File

# Exhibit M

-----Original Message-----
**From:** Giuffrida, Joanne
**Sent:** Saturday, February 07, 2004 3:10 PM
**To:** Ikejiaku, Alex
**Subject:** Your request

Hi Alex. I read your note of February 3 regarding your certification and eligibility for ASAR positions. I think your concern will be met, in part, by the merging of MLMSA into ASAR. I'm very familiar with the SBA certification, since I also completed this program and have the certification. I've also had discussions with the certification unit in SED about when and how the SBA can be used and I was informed that only one person in a school district can be appointed with the SBA certificate and that is the person who has primary responsibility for preparing the annual budget. In our case, that would be Vern Connors. I'm sorry that I'm not able to meet with you personally on this, but I wanted to convey the information.

Joanne Giuffrida
Chief Human Resources Officer
Rochester City School District
(585) 262-8582

# Exhibit N

Complainant's Profile

# Alexander U. Ikejiaku, Ph.D.

## Educational Qualification
- Ph.D., Educational Administration, (2000)
- MPA, Public Administration, (1985)
- B.Sc., Psychology/Minor Sociology (1984)

## New York State Certification
- School District Administrator (2005)
- School Administrator & Supervisor (2005)
- School Business Administrator (2002)

## Training/In Service
- School Violence Prevention & Intervention (2002)
- Child Abuse Identification & Reporting (2002)
- Management Development Program, City of Rochester (1990)

## Performance Evaluation

| Date Rage | Rating |
|---|---|
| 7/01/04 – 6/30/05 | Exceeds Expectations |
| 7/01/03 – 6/30/04 | Exceeds Expectations |
| 7/01/02 – 6/30/03 | Exceeds Expectations |
| 7/01/01 – 6/30/02 | Meets Expectations |
| 9/25/00 – 6/30/01 | Excellent 15; Satisfactory 5, Needs Improv. 0 ; Unsatisfactory 0 |

## Professional Summary
Five years of experience in the Rochester City School District with experiences that span administration, management, budget and finance, management reviews, school and central office budgeting, special education, and public school finance.

Over 14 years of experience in local government (county and city) with specific experiences in legislative processes, policy formulation and analysis, operating/capital budgets, organizational diversity and outreach to constituents. Other areas include job development initiatives, public works projects, economic development, housing & community development, management reviews, research and program evaluation, and inter-governmental relations.