1AO 450 (Rev. 5/85) Judgment in a Civil CASE
═══════════════════════════════════════════════════════════════════════════════

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

**ALEXANDER IKEJIAKU,**

       **Plaintiff,**

      v.                                                                   **07-CV-6191**

**ROCHESTER CITY SCHOOL DISTRICT,**
       **Defendant,**

## JUDGMENT IN A CIVIL ACTION

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant's motion for Summary Judgment is granted in its entirety, and plaintiff's complaint is dismissed with prejudice.

March 23, 2011
Date

                                                      **MICHAEL J. ROEMER**
                                                          **Clerk Of Court**
                                                   **United States District Court**

                                                           s/Tricia M. O'Fray
                                                       **(BY) TRICIA M. O' FRAY**
                                                            Deputy Clerk